**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

CHRISTA LYNN RAINWATER,

       Plaintiff,

    v.

FIRST ADVANTAGE BACKGROUND
SERVICES CORP.,

       Defendant.

Case No. 2:26-cv-02066-DCF

**NOTICE OF APPEARANCE**

Brandon B. Cate hereby enters his appearance for defendant FIRST ADVANTAGE

BACKGROUND SERVICES CORP.  Mr. Cate is licensed to practice before this honorable

Court.

       Respectfully submitted,

       FIRST ADVANTAGE BACKGROUND
       SERVICES CORP.

       By: */s/ Brandon B. Cate*
          Brandon B. Cate
          QUATTLEBAUM, GROOMS & TULL PLLC
          4100 Corporate Center Drive, Suite 310
          Springdale, Arkansas 72762
          Telephone: (479) 444-5205
          Facsimile: (479) 444-6647
          bcate@qgtlaw.com

       Counsel for Defendant

Date: May 29, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 29, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all counsel of record.

*/s/ Brandon B. Cate*
Brandon B. Cate

2