**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

CHRISTA LYNN RAINWATER,

      Plaintiff,

    v.

FIRST ADVANTAGE BACKGROUND
SERVICES CORP.,

      Defendant.

Case No. 2:26-cv-02066-DCF

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant FIRST ADVANTAGE BACKGROUND SERVICES CORP., by its attorneys and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6.2, respectfully submits this Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint.  As grounds for this motion, First Advantage states as follows:

1.      Plaintiff filed her Complaint on May 5, 2026.  (Doc. No. 1.)

2.      First Advantage was served with the Summons and a copy of the Complaint on May 11, 2026.  Pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure, First Advantage's responsive pleading currently must be filed by June 1, 2026.

3.      First Advantage and its counsel require additional time to fully investigate and respond to Plaintiff's allegations and claims.

4.      Accordingly, First Advantage seeks an extension of 21 days, until June 22, 2026, to answer or otherwise respond to Plaintiff's Complaint.

5.      First Advantage's counsel conferred with Plaintiff's counsel regarding this motion, and Plaintiff's counsel consents to First Advantage's requested extension of time.

6.      This request is made in good faith and will not affect any other deadlines or the just, speedy, and inexpensive determination of this action. *See* Fed. R. Civ. P. 1.

WHEREFORE, First Advantage respectfully requests that the Court grant this unopposed motion and extend First Advantage's deadline to answer or otherwise respond to Plaintiff's Complaint through and including June 22, 2026.

Respectfully submitted,

FIRST ADVANTAGE BACKGROUND
SERVICES CORP.

By:  */s/ Brandon B. Cate*
    Brandon B. Cate
    QUATTLEBAUM, GROOMS & TULL PLLC
    4100 Corporate Center Drive, Suite 310
    Springdale, Arkansas 72762
    Telephone: (479) 444-5205
    Facsimile: (479) 444-6647
    bcate@qgtlaw.com

    Counsel for Defendant

Date: May 29, 2026

## CERTIFICATE OF SERVICE

I hereby certify that, on May 29, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all counsel of record.

*/s/  Brandon B. Cate*
Brandon B. Cate

2