**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

CHRISTA LYNN RAINWATER,

     Plaintiff,

    v.

FIRST ADVANTAGE BACKGROUND
SERVICES CORP.,

     Defendant.

Case No. 2:26-cv-02066-DCF

**<u>DEFENDANT'S CORPORATE DISCLOSURE STATEMENT</u>**

Defendant FIRST ADVANTAGE BACKGROUND SERVICES CORP., by its attorneys and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby states that First Advantage Corporation, a publicly traded company, is First Advantage Background Services Corp.'s parent company.  First Advantage Corporation owns 10% or more of First Advantage Background Services Corp.'s stock.

Respectfully submitted,

FIRST ADVANTAGE BACKGROUND
SERVICES CORP.

By: */s/ Brandon B. Cate*
     Brandon B. Cate
     QUATTLEBAUM, GROOMS & TULL PLLC
     4100 Corporate Center Drive
     Suite 310
     Springdale, Arkansas 72762
     Telephone: (479) 444-5205
     Facsimile: (479) 444-6647
     bcate@qgtlaw.com

     Attorneys for Defendant

Date:  May 29, 2026

## CERTIFICATE OF SERVICE

I certify that, on May 29, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all counsel of record.

*/s/ Brandon B. Cate*
Brandon B. Cate

326170240v.1