**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

CHRISTA LYNN RAINWATER,                                          PLAINTIFF

Case No:   2:26-cv-02066-DCF

vs.

FIRST ADVANTAGE BACKGROUND
SERVICES CORP.,                                                  DEFENDANT

**ENTRY OF APPEARANCE**

Andrew S. Dixon of Quattlebaum, Grooms & Tull PLLC hereby enters his appearance as

counsel for Defendant First Advantage Background Services Corp. and certifies that he is admitted

to practice in this Court.

QUATTLEBAUM, GROOMS & TULL PLLC
Andrew S. Dixon
4100 Corporate Center Drive, Suite 310
Springdale, Arkansas 72762
Telephone:  (479) 444-5200
Facsimile:  (479) 444-6647
Email:  adixon@qgtlaw.com

By: /s/ Andrew S. Dixon
      Andrew S. Dixon, Ark. Bar No. 2019193

*Attorneys for Defendant First Advantage Background*
*Services Corp.*